962

No. 187, Misc.   BAUMGART v. MARTIN, WARDEN.   Court of Appeals of New York.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. Petitioner *pro se*.   *Louis J. Lefkowitz*, Attorney General of New York, *Paxton Blair*, Solicitor General, and *Winifred C. Stanley*, Assistant Attorney General, for respondent.

No. 292, Misc.   TREAT v. SACHS, WARDEN.   Supreme Court of Ohio.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.   Petitioner *pro se*.   *Mark McElroy*, Attorney General of Ohio, and *Aubrey A. Wendt*, Assistant Attorney General, for respondent.

No. 378.   SHAFFER ET AL. v. UNITED STATES, *ante*, p. 915;

No. 379.   SHARE ET AL. v. UNITED STATES, *ante*, p. 914;

No. 433, Misc.   SHIELDS v. UNITED STATES, *ante*, p. 933; and

No. 466, Misc.   GLASS v. MISSOURI PACIFIC RAILROAD Co., *ante*, p. 944.   Petitions for rehearing denied.

No. 551, October Term, 1960.   GINSBURG v. GINSBURG ET AL., 364 U. S. 934.   Motion for leave to file supplemental brief granted.   Petition for rehearing of motion to vacate order denying certiorari denied.

No. 15, Misc.   O'NEAL v. MCGEE, CORRECTIONS DIRECTOR, ET AL., *ante*, p. 840; and

No. 255, Misc.   SULLIVAN v. DICKSON, WARDEN, *ante*, p. 884.   Motions for leave to file petitions for rehearing denied.